# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-1127

———————————————

MARC M. MOSZKOWSKI,

Petitioner,

v.

DEEPGULF, INC. and TOKE OIL
and GAS, S.A.,

Respondents.

———————————————

Petition for Writ of Prohibition—Original Proceedings.

May 16, 2025

PER CURIAM.

DISMISSED.

ROBERTS, ROWE, and TANENBAUM, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Marc M. Moszkowski, pro se, Petitioner.

No appearance for Respondents.